**CT Corporation**

**Service of Process Transmittal**
03/28/2019
CT Log Number 535184778

**TO:**   Kim Lundy Service of Process, Legal Support Supervisor
Walmart Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:**   **Process Served in Kentucky**

**FOR:**   Wal-Mart Stores East, LP  (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Laws Mary, Pltf. vs. Wal-Mart Stores, Inc., et al., Dfts. // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | McCracken County Circuit Court, KY<br>Case # 19CI00255 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 05/03/2018 - 5130 Hinkleville Road, Paducah, KY, 42001 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/28/2019 postmarked on 03/22/2019 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day of delivery |
| **ATTORNEY(S) / SENDER(S):** | Aaron Harper<br>Edwards & Kautz, PLLC<br>222 Walter Jetton Blvd.<br>PO Box 1837<br>Paducah, KY 42002<br>270-442-9000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/28/2019, Expected Purge Date: 04/02/2019<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



7018 1130 0001 7107 3051

Kim Channell, McCracken Circuit Clerk
300 Clarence Gaines Street - 2nd Floor
Paducah, KY 42003

C T CORPORATION
306 WEST MAIN STREET, SUITE 512
FRANKFORT, KY 40601

U.S. POSTAGE >> PITNEY BOWES

ZIP 42003
02 4W
0000340238 MAR 22 2019

$ 012.25⁰

| AOC-E-105    Sum Code: CI |  | Case #: **19-CI-00255** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov | | County: **MCCRACKEN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **LAWS, MARY VS. WAL-MART STORES, INC., ET AL,** *Defendant*

TO:  **C T CORPORATION**
      **306 WEST MAIN STREET, SUITE 512**
      **FRANKFORT, KY 40601**

Memo: Related party is WAL-MART STORES EAST, LIMITED PARTNERSHIP

The Commonwealth of Kentucky to Defendant:
**WAL-MART STORES EAST, LIMITED PARTNERSHIP**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*K. Chanell*

McCracken Circuit Clerk
Date: 3/22/2019

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

                                                      Served By

                                                      Title

Summons ID: 15394701200739@00000152233
CIRCUIT: 19-CI-00255 Certified Mail
LAWS, MARY VS. WAL-MART STORES, INC., ET AL



**eFiled**

Package:000002 of 000004    Presiding Judge: HON. TIMOTHY KALTENBACH (602310)    Package : 000002 of 000004

COMMONWEALTH OF KENTUCKY
McCRACKEN CIRCUIT COURT
Civil Action No. 19-CI-_____
Division No. _____

MARY LAWS                                                           PLAINTIFF

                                    (Filed Electronically)
VS.                                      **COMPLAINT**

WAL-MART STORES, INC.

  serve:         C T Corporation System
               306 West Main Street, Suite 512
               Frankfort, KY  40601
AND

WAL-MART STORES EAST, LIMITED PARTNERSHIP

  serve:         C T Corporation System
               306 West Main Street, Suite 512
               Frankfort, KY  40601
AND

WAL-MART STORES EAST, LP

  serve:         C T Corporation System
               306 West Main Street, Suite 512
               Frankfort, KY  40601                           DEFENDANTS

      Comes the Plaintiff, Mary Laws, by and through counsel, for her Complaint against the

Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart

Stores East, LP (hereinafter collectively referred to as Wal-Mart) and states as follows:

      1.    At all times herein mentioned Plaintiff was an actual and continuous resident of the

Commonwealth of Kentucky and the acts and events complained of herein occurred within

McCracken County, Kentucky.

      2.    At all times mentioned herein, Wal-Mart was a Foreign Corporation which is doing

business within the Commonwealth of Kentucky by virtue of which summons should be issued

Package:000003 of 000004

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

Package : 000003 of 000004

and served upon its agent for process, C T Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3.     On or about May 3, 2018, Plaintiff was at Wal-Mart's business located at 5130 Hinkleville Road, Paducah, KY 42001, when she stepped in liquid on the floor causing her to slip and fall.

4.     At the time and place above mentioned, Wal-Mart negligently and recklessly failed to maintain its floor in a reasonable and safe condition Wal-Mart knew or should have known of the floor's unsafe condition, and failed to properly warn Plaintiff of its condition.

5.     As a result of the aforementioned negligence of Wal-Mart, Plaintiff has incurred bodily injuries both temporary and permanent; has been forced to incur hospital, doctor, medical and drug expenses and will be forced to incur same in the future; she has experienced physical and mental pain and suffering and will be forced to experience same in the future; she has lost wages; her ability to earn money has been permanently impaired; and she has been damaged thereby.

WHEREFORE, Plaintiff, Mary Laws, demands judgment against Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Stores East, LP, jointly and severally, in an amount in excess of Five Thousand ($5,000.00) Dollars; a trial by jury; her costs incurred herein; and any and all other relief to which she may appear entitled.

RESPECTFULLY SUBMITTED,

/s/ Aaron Harper
AARON HARPER
MARK EDWARDS
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, KY  42002
(270) 442-9000
aharper@edwardsandkautz.com

ATTORNEYS FOR PLAINTIFF

Package:000004 of 000004

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

Package : 000004 of 000004

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
CIVIL ACTION NO. 19-CI-00255

MARY LAWS                                                    PLAINTIFF

v.       **DEFENDANTS, WALMART STORES, INC., WAL-MART STORES
         EAST, LIMITED PARTNERSHIP, AND WAL-MART STORES EAST,
         LP'S, REQUEST FOR ADMISSION TO PLAINTIFF, MARY LAWS**

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LIMITED
PARTNERSHIP, and
WAL-MART STORES EAST, LP                                     DEFENDANTS

* * * * *

Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Stores East, LP ("Wal-Mart"), by counsel, pursuant to CR 36 of the Kentucky Rules of Civil Procedure, requests Plaintiff, Mary Laws, to answer the following Request for Admission within thirty (30) days of the date this Request is served on Plaintiff.

**REQUEST NO. 1:**   Please admit that Plaintiff will not seek damages in excess of $75,000, exclusive of interest and costs, at the trial of this matter.

**RESPONSE:**

Respectfully submitted,

CHRISTOPHER R. CASHEN
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone:  (859) 425-1000
Facsimile:  (859) 425-1099
chris.cashen@dinsmore.com

and

Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2300
felix.sharpe@dinsmore.com

*Counsel for Defendants,*
*Wal-Mart Stores, Inc., Wal-Mart Stores East,*
*Limited Partnership, and Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. Mail, on this the 18ᵗʰ day of April, 2019:

Aaron Harper
Mark Edwards
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, Kentucky 42002
(270) 442-9000
aharper@edwardsandkautz.com
*Counsel for Plaintiff*

_____
Counsel for Defendants

COMMONWEALTH OF KENTUCKY
McCRACKEN CIRCUIT COURT
CIVIL ACTION NO. 19-CI-00255
DIVISION NO. I

MARY LAWS                                                          PLAINTIFF

VS.

WAL-MART STORES EAST, LIMITED PARTNERSHIP           DEFENDANT

### PLAINTIFF'S RESPONSE TO DEFENDANT WAL-MART STORES EAST, LIMITED PARTNERSHIP'S REQUEST FOR ADMISSION

      Comes Plaintiff, Mary Laws, by and through counsel, and hereby submits the following Response to Defendant Wal-Mart Stores East, Limited Partnership's Request for Admission:

      REQUEST NO. 1:    Please admit that Plaintiff will not seek damages in excess of $75,000.00, exclusive of interest and costs, at the trial of this matter.

      **RESPONSE**: Deny.

RESPECTFULLY SUBMITTED,

AARON HARPER
MARK EDWARDS
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, KY 42002
(270) 442-9000
aharper@edwardsandkautz.com

ATTORNEYS FOR PLAINTIFF



1

## CERTIFICATE OF SERVICE

I hereby certify that originals of the foregoing were served via first-class mail on Hon. Felix H. Sharpe II, Dinsmore & Shohl LLP, 101 S. Fifth Street, Suite 2500, Louisville, KY 40202, felix.sharpe@dinsmore.com; and Hon. Christopher R. Cashen, Dinsmore & Shohl LLP, 250 W. Main Street, Suite 1400, Lexington, KY 40507, chris.cashen@dinsmore.com, on this 26th day of April, 2019.

AARON HARPER

2

Filed          19-CI-00255     03/22/2019          Kim Channell, McCracken Circuit Clerk   NOT ORIGINAL DOCUMENT
05/22/2019 10:51:02 AM
88910-119

COMMONWEALTH OF KENTUCKY
McCRACKEN CIRCUIT COURT
Civil Action No. 19-CI-_____
Division No. _____


MARY LAWS                                                                         PLAINTIFF


                                   (Filed Electronically)
VS.                                **COMPLAINT**


WAL-MART STORES, INC.

  serve:        C T Corporation System
                306 West Main Street, Suite 512
                Frankfort, KY  40601
AND

WAL-MART STORES EAST, LIMITED PARTNERSHIP

  serve:        C T Corporation System
                306 West Main Street, Suite 512
                Frankfort, KY  40601
AND

WAL-MART STORES EAST, LP

serve:          C T Corporation System
                306 West Main Street, Suite 512
                Frankfort, KY  40601                              DEFENDANTS


        Comes the Plaintiff, Mary Laws, by and through counsel, for her Complaint against the

Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart

Stores East, LP (hereinafter collectively referred to as Wal-Mart) and states as follows:

        1.      At all times herein mentioned Plaintiff was an actual and continuous resident of the

Commonwealth of Kentucky and the acts and events complained of herein occurred within

McCracken County, Kentucky.

        2.      At all times mentioned herein, Wal-Mart was a Foreign Corporation which is doing

business within the Commonwealth of Kentucky by virtue of which summons should be issued

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

COM : 000001 of 000002

Filed          19-CI-00255     03/22/2019          Kim Channell, McCracken Circuit Clerk

Filed          19-CI-00255          03/22/2019          Kim Channell, McCracken Circuit Clerk

NOT ORIGINAL DOCUMENT
05/22/2019 10:51:02 AM
88910-119

and served upon its agent for process, C T Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3.      On or about May 3, 2018, Plaintiff was at Wal-Mart's business located at 5130 Hinkleville Road, Paducah, KY 42001, when she stepped in liquid on the floor causing her to slip and fall.

4.      At the time and place above mentioned, Wal-Mart negligently and recklessly failed to maintain its floor in a reasonable and safe condition Wal-Mart knew or should have known of the floor's unsafe condition, and failed to properly warn Plaintiff of its condition.

5.      As a result of the aforementioned negligence of Wal-Mart, Plaintiff has incurred bodily injuries both temporary and permanent; has been forced to incur hospital, doctor, medical and drug expenses and will be forced to incur same in the future; she has experienced physical and mental pain and suffering and will be forced to experience same in the future; she has lost wages; her ability to earn money has been permanently impaired; and she has been damaged thereby.

WHEREFORE, Plaintiff, Mary Laws, demands judgment against Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Stores East, LP, jointly and severally, in an amount in excess of Five Thousand ($5,000.00) Dollars; a trial by jury; her costs incurred herein; and any and all other relief to which she may appear entitled.

RESPECTFULLY SUBMITTED,

/s/ Aaron Harper
AARON HARPER
MARK EDWARDS
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, KY  42002
(270) 442-9000
aharper@edwardsandkautz.com

ATTORNEYS FOR PLAINTIFF

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

COM : 000002 of 000002

Filed          19-CI-00255          03/22/2019          Kim Channell, McCracken Circuit Clerk



| AOC-E-105     Sum Code: CI<br>Rev. 9-14 | | Case #: **19-CI-00255** |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice      Courts.ky.gov | | Court:  **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County:  **MCCRACKEN** |

NOT ORIGINAL DOCUMENT
05/22/2019  10:48:11 AM
88910-119

*Plantiff,* **LAWS, MARY VS. WAL-MART STORES, INC., ET AL**, *Defendant*

TO:  **C T CORPORATION SYSTEM**

     **306 WEST MAIN STREET, SUITE 512**

     **FRANKFORT, KY 40601**

Memo: Related party is WAL-MART STORES EAST, LP

The Commonwealth of Kentucky to Defendant:
**WAL-MART STORES EAST, LP**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*K. Chanell*

McCracken Circuit Clerk
Date: **3/22/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                             _____
                                     Served By

                             _____
                                         Title

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

CI : 000001 of 000001

Summons ID: @00000152234
CIRCUIT: 19-CI-00255 Certified Mail
LAWS, MARY VS. WAL-MART STORES, INC., ET AL



Page 1 of 1

**eFiled**

| AOC-E-105 | Sum Code: CI | | |
| Rev. 9-14 | | | |

NOT ORIGINAL DOCUMENT
05/22/2019 10:48:48 AM
88910-119



Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #: **19-CI-00255**

Court: **CIRCUIT**

County: **MCCRACKEN**

# CIVIL SUMMONS

---

*Plaintiff,* **LAWS, MARY VS. WAL-MART STORES, INC., ET AL**, *Defendant*

## TO:  **C T CORPORATION**

   **306 WEST MAIN STREET, SUITE 512**

   **FRANKFORT, KY 40601**

Memo: Related party is WAL-MART STORES EAST, LIMITED PARTNERSHIP

The Commonwealth of Kentucky to Defendant:
**WAL-MART STORES EAST, LIMITED PARTNERSHIP**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*K. Chanell*

McCracken Circuit Clerk
Date: **3/22/2019**

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
   Served By

   _____
   Title

CI : 000001 of 000001

---

Summons ID: @00000152233
CIRCUIT: 19-CI-00255 Certified Mail
LAWS, MARY VS. WAL-MART STORES, INC., ET AL





NOT ORIGINAL DOCUMENT
05/22/2019 10:49:42 AM
88910-119

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-00255**

Court:  **CIRCUIT**

County: **MCCRACKEN**

---

*Plaintiff,* **LAWS, MARY VS. WAL-MART STORES, INC., ET AL**, *Defendant*

TO:  **C T CORPORATION SYSTEM**

  **306 WEST MAIN STREET, SUITE 512**

  **FRANKFORT, KY 40601**

Memo: Related party is WAL-MART STORES, INC.

The Commonwealth of Kentucky to Defendant:
**WAL-MART STORES, INC.**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*K. Chanell*

McCracken Circuit Clerk
Date: **3/22/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: @00000152232
CIRCUIT: 19-CI-00255 Certified Mail
LAWS, MARY VS. WAL-MART STORES, INC., ET AL



*e*Filed

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

CI : 000001 of 000001

Filed          19-CI-00255     04/10/2019          Kim Channell, McCracken Circuit Clerk          NOT ORIGINAL DOCUMENT
05/22/2019 10:47:16 AM
88910-119

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
CIVIL ACTION NO. 19-CI-00255

*Filed Electronically*

MARY LAWS                                                           PLAINTIFF

v.          <u>**ANSWER TO PLAINTIFF'S COMPLAINT**</u>

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LIMITED
PARTNERSHIP, and
WAL-MART STORES EAST, LP                                      DEFENDANTS

* * * * *

Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, Wal-Mart

Stores East, LP (hereinafter collectively referred to as "Wal-Mart"), by counsel, for their Answer

to the Complaint of Plaintiff, Mary Laws ("Plaintiff"), state as follows:

<u>**FIRST DEFENSE**</u>

Wal-Mart states that Plaintiff's Complaint fails to state a claim against Wal-Mart Stores,

Inc. upon which relief may be granted and, therefore, should be dismissed and held for naught.

<u>**SECOND DEFENSE**</u>

Wal-Mart states that on the occasion complained of in Plaintiff's Complaint, Plaintiff,

Mary Laws, caused her own damages, through her own negligence and Wal-Mart raises this as

an affirmative defense.

<u>**THIRD DEFENSE**</u>

Wal-Mart states that the damages complained of by Plaintiff, if any, were caused and

brought about by a superseding and/or intervening cause, not under the control of Wal-Mart and

Wal-Mart pleads and relies upon same as a complete bar to Plaintiff's Complaint.

ANS : 000001 of 000003

Filed          19-CI-00255     04/10/2019          Kim Channell, McCracken Circuit Clerk     NOT ORIGINAL DOCUMENT
05/22/2019 10:47:16 AM
88910-119

## FOURTH DEFENSE

The damages and claims asserted by Plaintiff against Wal-Mart may have been caused, in whole or in part, by the negligence of third parties over whom Wal-Mart has no control or for whom Wal-Mart has no liability.  Such negligence is a substantial contributing factor in causing Plaintiff's claims against Wal-Mart and Wal-Mart is entitled to indemnity, contribution, set-off, and apportionment as a result of such negligence.

## FIFTH DEFENSE

1.      Wal-Mart is without sufficient information to admit or deny the averments contained in numerical paragraphs 1 and 3 of Plaintiff's Complaint and, therefore, denies same.

2.      In response to the averments contained in numerical paragraph 2 of Plaintiff's Complaint Wal-Mart affirmatively pleads that Wal-Mart Stores, Inc is an inactive foreign corporation and that Wal-Mart Stores East, Limited Partnership is a foreign ULPA.  Wal-Mart denies Wal-Mart Stores, Inc. operated the store in question. With regard to any remaining averments contained in numerical paragraph 2 of Plaintiff's Complaint, Wal-Mart is without sufficient information to admit or deny the remaining averments in numerical paragraph 2 of Plaintiff's Complaint and, therefore, denies same.

3.      Wal-Mart denies the averments contained in numerical paragraphs 4 and 5 of Plaintiff's Complaint.

4.      Wal-Mart denies all averments not expressly admitted.

WHEREFORE, Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Stores East, LP, pray that Plaintiff's Complaint be dismissed and held for naught, that all fault be apportioned pursuant to KRS 411.182, for their costs herein expended, and for any and all other relief to which they may appear reasonably entitled.

ANS : 000002 of 000003

2

Filed          19-CI-00255     04/10/2019          Kim Channell, McCracken Circuit Clerk    ORIGINAL DOCUMENT
05/22/2019 10:47:16 AM
88910-119

Respectfully submitted,


/s/Felix H. Sharpe II
Christopher R. Cashen
DINSMORE & SHOHL LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky  40507
T:  (859) 425-1000
chris.cashen@dinsmore.com

and

Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2300
felix.sharpe@dinsmore.com

*Counsel for Defendants,*
*Wal-Mart Stores, Inc., Wal-Mart Stores East,*
*Limited Partnership, and Wal-Mart Stores East, LP*

### CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was filed by the Kentucky Court of Justice eFiling system and served upon the following via U.S. Mail, postage prepaid this 10th day of April, 2019:

AARON HARPER
MARK EDWARDS
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, Kentucky 42002
(270) 442-9000
aharper@edwardsandkautz.com
*Counsel for Plaintiff*


/s/Felix H. Sharpe II
Counsel for Defendants

14767197v1

ANS : 000003 of 000003

Filed          19-CI-00255     04/18/2019          Kim Channell, McCracken Circuit Clerk     NOT ORIGINAL DOCUMENT
05/22/2019 10:46:18 AM
88910-119

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
CIVIL ACTION NO. 19-CI-00255

MARY LAWS                                                                      PLAINTIFF

v.                              **WALMART INC.'S**
                        **NOTICE OF SERVICE OF DISCOVERY**

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LIMITED
PARTNERSHIP, and
WAL-MART STORES EAST, LP                                               DEFENDANTS

* * * * *

Defendant, Walmart Inc. ("Wal-Mart"), by counsel, hereby serves notice that on April

18th, 2019, it served its First Set of Requests for Admissions and First Set of Interrogatories and

Requests for Production of Documents upon the Plaintiff, Mary Laws.

Respectfully submitted,

*/s/Felix H. Sharpe II*
Christopher R. Cashen
DINSMORE & SHOHL LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky  40507
T:  (859) 425-1000
chris.cashen@dinsmore.com

and

Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2300
felix.sharpe@dinsmore.com

*Counsel for Defendant,*
*Walmart Inc.*

NO : 000001 of 000002

Filed          19-CI-00255     04/18/2019                    Kim Channell, McCracken Circuit Clerk    ORIGINAL DOCUMENT
05/22/2019 10:46:18 AM
88910-119

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the

following, by U.S. Mail, on this the 18th day of April, 2019:

Aaron Harper
Mark Edwards
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P. O. Box 1837
Paducah, Kentucky  42002
(270) 442-9000
aharper@edwardsandkautz.com
*Counsel for Plaintiff*

*/s/Felix H. Sharpe II*
Counsel for Defendant

14872146v1

Filed          19-CI-00255     04/18/2019                    Kim Channell, McCracken Circuit Clerk

NO. : 000002 of 000002

Tendered        19-CI-00255     04/19/2019              Kim Channell, McCracken Circuit Clerk        ORIGINAL DOCUMENT
05/22/2019 10:45:31 AM
88910-119

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
CIVIL ACTION NO. 19-CI-00255

MARY LAWS                                                                                    PLAINTIFF

v.                              **AGREED ORDER OF SUBSTITUTION**

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LIMITED
PARTNERSHIP, and
WAL-MART STORES EAST, LP                                                  DEFENDANTS

* * * * *

The parties having reached an agreement that the identity of the proper Wal-Mart entity

responsible for the store at issue is Wal-Mart Stores East, Limited Partnership, and the Court

having fully considered same;

IT IS HEREBY ORDERED that Wal-Mart Stores East, Limited Partnership shall be

substituted for Walmart Stores, Inc. and Wal-Mart Stores East, LP, in all pleadings in this matter.

All of Plaintiffs' claims against Walmart Stores, Inc. and Wal-Mart Stores East, LP are hereby

dismissed with prejudice.  Plaintiffs' claims against Wal-Mart Stores East, Limited Partnership

remain.

So ordered this the ___ day of _____, 2019.

_____
JUDGE, McCRACKEN CIRCUIT COURT

TD : 000001 of 000002

Tendered          19-CI-00255     04/19/2019              Kim Channell, McCracken Circuit Clerk   NOT ORIGINAL DOCUMENT
05/22/2019 10:45:31 AM
88910-119

HAVE SEEN AND AGREED TO:

/s/Aaron Harper (w/ permission)
Aaron Harper
Mark Edwards
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, Kentucky 42002
(270) 442-9000
aharper@edwardsandkautz.com
*Counsel for Plaintiff*

/s/Felix H. Sharpe II
Christopher R. Cashen
DINSMORE & SHOHL LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky  40507
T:  (859) 425-1000
chris.cashen@dinsmore.com

and

Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2300
felix.sharpe@dinsmore.com
*Counsel for Defendant*

14871302v1

2

Tendered          19-CI-0025...   04/19/2019          Kim Channell, M...  ...cken Circuit Clerk

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
CIVIL ACTION NO. 19-CI-00255

MARY LAWS                                                              PLAINTIFF

v.                    **AGREED ORDER OF SUBSTITUTION**

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LIMITED
PARTNERSHIP, and
WAL-MART STORES EAST, LP                                            DEFENDANTS

\* \* \* \* \*

The parties having reached an agreement that the identity of the proper Wal-Mart entity

responsible for the store at issue is Wal-Mart Stores East, Limited Partnership, and the Court

having fully considered same;

IT IS HEREBY ORDERED that Wal-Mart Stores East, Limited Partnership shall be

substituted for Walmart Stores, Inc. and Wal-Mart Stores East, LP, in all pleadings in this matter.

All of Plaintiffs' claims against Walmart Stores, Inc. and Wal-Mart Stores East, LP are hereby

dismissed with prejudice. Plaintiffs' claims against Wal-Mart Stores East, Limited Partnership

remain.

So ordered this the **22** day of ___**April**___, 2019.

T. Wall
_____
JUDGE, McCRACKEN CIRCUIT COURT



D & S

APR 2 9 2019

D & S

TD : 000001 of 000002

Tendered          19-CI-00255   04/19/2019          Kim Channell, McCracken Circuit Clerk

Tendered        19-CI-0025:     04/19/2019          Kim Channell, M    acken Circuit Clerk

HAVE SEEN AND AGREED TO:

/s/Aaron Harper (w/ permission)
Aaron Harper
Mark Edwards
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, Kentucky 42002
(270) 442-9000
aharper@edwardsandkautz.com
*Counsel for Plaintiff*


/s/Felix H. Sharpe II
Christopher R. Cashen
DINSMORE & SHOHL LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky  40507
T:  (859) 425-1000
chris.cashen@dinsmore.com

and

Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2300
felix.sharpe@dinsmore.com
*Counsel for Defendant*


14871302v1


4/23/19    Megan Walters, d.c.

TD : 000002 of 000002

Filed          19-CI-00255     05/01/2019          Kim Channell, McCracken Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                            05/22/2019 10:44:48 AM
                                                                            88910-119

COMMONWEALTH OF KENTUCKY
McCRACKEN CIRCUIT COURT
CIVIL ACTION NO. 19-CI-00255
DIVISION NO. I


MARY LAWS                                                          PLAINTIFF

VS.

WAL-MART STORES EAST, LIMITED PARTNERSHIP                          DEFENDANT


**<u>NOTICE OF CHANGE OF ADDRESS</u>**


The undersigned counsel at the law firm of Dinsmore & Shohl LLP hereby notify the

Court and all parties in this action that the Lexington, Kentucky office is moving to the following

address:


      Dinsmore & Shohl, LLP
      City Center
      100 West Main Street
      Suite 900
      Lexington, Kentucky  40507


This address change is effective as of May 10, 2019. The firm's telephone and facsimile

numbers, however, will not change.  The Louisville, Kentucky office address remains the same.

NCAD : 000001 of 000002

1

Filed          19-CI-00255      05/01/2019          Kim Channell, McCracken Circuit Clerk

NOT ORIGINAL DOCUMENT
05/22/2019 10:44:48 AM
88910-119

Respectfully submitted,


/s/Christopher R. Cashen
Christopher R. Cashen
DINSMORE & SHOHL LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky  40507
T:  (859) 425-1000
chris.cashen@dinsmore.com
and
Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
T:  (502) 540-2300
felix.sharpe@dinsmore.com

*Counsel for Defendants,*
*Wal-Mart Stores, Inc., Wal-Mart Stores East,*
*Limited Partnership, and Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served upon the following via U.S. Mail, postage prepaid this 1st day of May, 2019:

AARON HARPER
MARK EDWARDS
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, Kentucky 42002
aharper@edwardsandkautz.com
*Counsel for Plaintiff*


/s/Christopher R. Cashen
Counsel for Defendants


14902780v1

2

NCAD : 000002 of 000002