UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CASE NO. 5:19-cv-00077-GNS-LLK

ELECTRONICALLY FILED

| | |
|---|---|
| MARY LAWS | PLAINTIFF |
| v.  **AGREED ORDER OF DISMISSAL** | |
| WAL-MART STORES EAST, LIMITED PARTNERSHIP | DEFENDANT |

\* \* \* \* \*

Upon joint motion of the parties, and this Court being advised that this matter has been resolved in its entirety as to all parties;

IT IS HEREBY ORDERED that all claims asserted by the Plaintiff against the Defendant are hereby DISMISSED WITH PREJUDICE in their entirety, with all parties to bear their own costs and attorney fees.

HAVE SEEN AND AGREED TO:

/s/Felix H. Sharpe II
Christopher R. Cashen
DINSMORE & SHOHL LLP
City Center
100 West Main Street, Suite 900
Lexington, KY 40507
T:  (859) 425-1000
chris.cashen@dinsmore.com

and

Felix H. Sharpe II
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2300
felix.sharpe@dinsmore.com

*Counsel for Defendant, Wal-Mart Stores East, Limited Partnership*


   /s/Aaron Harper (with permission)
Aaron Harper
Mark Edwards
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, Kentucky 42002
(270) 442-9000
*Counsel for Plaintiff*

16352427.1